IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Christopher Stephen Myers, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:18cv457 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Sheriff, Clermont County Jail, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 30, 2018 (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 13, 2018, hereby ADOPTS said Report and Recommendation.

The Report and Recommendation was sent by regular mail to the parties on August 30, 2018. On September 19, 2018, the mail was returned undeliverable and the return was marked refused.

Accordingly, this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

    s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court